UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| GRISELDA LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY BEYER, JANE ALDRICH, MARY ALTERMAN, DEBRA PELINSKI and DAVID BEYER, individually, jointly and severally,<br><br>    Defendants. | Case No. 3:22-cv-00021<br><br><br>**ANSWER TO FIRST AMENDED COMPLAINT** |

    For their answer to Plaintiff's Amended Complaint, Defendants Nancy Beyer, Jane Aldrich, Mary Alterman, Debra Pelinski, and David Beyer, state:

    1.    With regard to paragraph 1, Defendants admit the FLSA is a statute regulating wages and hours but deny any violation of the same.

    2.    Defendants admit the first sentence of paragraph 2, and deny the second sentence.

## JURISDICTION AND VENUE

    3.    Admitted.

    4.    Admitted.

    5.    Admitted.

    6.    Admitted.

    7.    Admitted.

    8.    Admitted.

    9.    Admitted.

10. Admitted.

## FACTUAL ALLEGATIONS

11. Denied.

12. Denied.

13. Denied.

14. Paragraph 14 calls for a legal conclusion. To the extent of a response is required, it is admitted.

15. Denied.

16. Denied.

17. Denied.

## FACTS PERTAINING TO DEFENDANTS' FAILURE TO PAY MINIMUM WAGES

18. With regard to paragraph 18, Defendants admit Plaintiff worked during the time frame indicated but deny she was an "employee."

19. Admitted.

20. Admitted that Plaintiff provided her phone number.

21. Admitted.

22. Admitted.

23. Defendants deny the first sentence of paragraph 23 and admit the second sentence.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Admitted.

29. Admitted.

30. Admitted.

31. Denied.

32. Denied.

33. Denied.

### THE WILLFULNESS OF DEFENDANTS' VIOLATIONS

34. Denied.

35. Denied.

36. Denied.

### COUNT ONE
### (FLSA Minimum Wage Violations)

37. Defendants incorporate paragraphs 1 through 36.

38. With regard to paragraph 38, Defendants admit Plaintiff's complaint is based on the FLSA but deny any violation.

39. Admitted.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

### COUNT TWO
### (Equitable Estoppel & Unjust Enrichment)

44. Defendants incorporate paragraphs 1 through 43.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

WHEREFORE, Defendants request the court enter judgment in their favor.

SIMMONS PERRINE MOYER BERGMAN PLC

By /s/ Thomas D. Wolle
Thomas D. Wolle  AT0008564
115 3rd St. SE, Suite 1200
Cedar Rapids IA 52401
Telephone: 319-366-7641
Facsimile: 319-366-1917
Email: twolle@simmonsperrine.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022, I filed the foregoing ANSWER with the Clerk of Court using the electronic filing system which will send notification of such filing to the following:

Gabriela Navarro
Andrew W. Bribriesco
2407 18th Street, Suite 200
Bettendorf, IA  52722

And

Ryan A. Winters
Scott & Winters Law Firm, LLC
The Caxton Building
812 Huron Rd. E., Suite 490
Cleveland, OH  44115

ATTORNEYS FOR PLAINTIFF

/s/ Thomas D. Wolle