UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| GRISELDA LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY BEYER, JANE ALDRICH, MARY ALTERMAN, DEBRA PELINSKI and DAVID BEYER, individually, jointly and severally,<br><br>    Defendants. | Case No. 3:22-cv-00021<br><br><br>**MOTION FOR LEAVE TO AMEND ANSWER TO FIRST AMENDED COMPLAINT** |

Defendants, for their Motion for Leave to Amend Answer to First Amended Complaint, state:

1. Plaintiff Griselda Lopez filed a Complaint on April 11, 2022, and First Amended Complaint on June 8, 2022. Defendants filed an Answer to the First Amended Complaint on July 10, 2023. Defendants filed their Answer to the First Amended Complaint on July 7, 2022.

2. The First Amended Complaint alleges a violation of the Fair Labor Standards Act (FLSA). Plaintiff contends she was a live-in domestic services employee and was entitled to payment of minimum wages.

3. Defendants deny Plaintiff's claim and assert Plaintiff is exempt from minimum wages under the "companionship exemption" of the FLSA. (See Answer to First Amended Complaint, ¶ 16, 17).

4.  Defendants also deny they are not entitled to a credit under 29 U.S.C. § 203(m) for rent and other costs associated with Plaintiff living at the home provided by Defendants.  (See Answer to First Amended Complaint, ¶ 32)

5.  Defendants seek to amend their Answer to affirmatively assert defenses of the companionship exemption, and the Section 3(m) credit.

6.  Defendants are attaching to this Motion a First Amended Answer to Amended Complaint, and respectfully request the court grant this motion without the need of further filing.

WHEREFORE, Defendants respectfully request the court grant their Motion for Leave to Amend Answer.

SIMMONS PERRINE MOYER BERGMAN PLC

By  /s/ Thomas D. Wolle
Thomas D. Wolle  AT0008564
115 3rd St. SE, Suite 1200
Cedar Rapids IA 52401
Telephone: 319-366-7641
Facsimile: 319-366-1917
Email: twolle@simmonsperrine.com

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2022, I filed the foregoing MOTION with the Clerk of Court using the electronic filing system which will send notification of such filing to the following:

Gabriela Navarro
Andrew W. Bribriesco
2407 18th Street, Suite 200
Bettendorf, IA  52722

And

Ryan A. Winters
Scott & Winters Law Firm, LLC
The Caxton Building
812 Huron Rd. E., Suite 490
Cleveland, OH  44115

ATTORNEYS FOR PLAINTIFF

                                            /s/ Thomas D. Wolle