# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| **GRISELDA LOPEZ**, <br><br> Plaintiff, <br><br> *v.* <br><br> **JANE ALDRICH (f/k/a BEYER)**, **NANCY BEYER (f/k/a HENDERSON)**, **MARY ALTERMAN (f/k/a BEYER)**, **DEBRA PELINSKI (f/k/a BEYER)**, *and* **DAVID BEYER**, *individually, jointly and severally*, <br><br> Defendants. | **CASE NO. 3:22-cv-00021** <br><br> **PLAINTIFF'S STATUS REPORT** |

Plaintiff respectfully submits the following information in advance of the status conference currently set for September 8, 2022 at 9:30am:

At this time, Plaintiff is on track to meet the deadlines set by the Court's Scheduling Order and Discovery Plan. The parties have depositions for Plaintiff and all Defendants scheduled for later this month. Plaintiff's counsel would like to discuss at the status conference the procedure for contacting the Court in event an oral motion needs to be made during the deposition, or some other deposition-related dispute arises.

Respectfully Submitted,

*s/ Andrew W. Bribriesco*
Andrew W. Bribriesco AT0010666
Gabriela Navarro AT0014136
BRIBRIESCO LAW FIRM, PLLC
2407 18th Street, Suite 200
Bettendorf, Iowa 52722
Phone: 563/359-8266
Fax: 563/359-5010

andrew@bribriescolawfirm.com
gabriela@bribriescolawfirm.com

*and*

*s/ Ryan A. Winters*
Joseph F. Scott (Ohio 0029780)
(Admitted Pro Hac Vice)
Ryan A. Winters (Ohio 0086917)
(Admitted Pro Hac Vice)
Kevin M. McDermott II (Ohio 0090455)
(Admitted Pro Hac Vice)
SCOTT & WINTERS LAW FIRM, LLC
The Caxton Building
812 Huron Rd. E., Suite 490
Cleveland, OH 44115
P: (216) 912-2221    F: (216) 350-6313
jscott@ohiowagelawyers.com
rwinters@ohiowagelawyers.com
kmcdermott@ohiowagelawyers.com

***ATTORNEYS FOR PLAINTIFF GRISELDA LOPEZ***