UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| GRISELDA LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY BEYER, JANE ALDRICH, MARY ALTERMAN, DEBRA PELINSKI and DAVID BEYER, individually, jointly and severally,<br><br>Defendants. | Case No. 3:22-cv-00021<br><br><br>**DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

Defendants, for their Motion to Enforce Settlement Agreement, state:

1. Trial in this case is scheduled for July 6, 2023.

2. Defendants bring this motion to enforce settlement agreement because the parties, through counsel, reached a binding settlement, and now Plaintiff apparently seeks to back out of it.

3. On February 2, 2023, counsel for Defendants e-mailed counsel for Plaintiff stating "this will just confirm your call and offer of $120k for a full and final settlement.  I will get back to your [sic] prob early-mid next week." (Exhibit 1, p. 2)  Counsel for Plaintiff responded to the e-mail stating in part, "As discussed, $120k is our absolute bottom line." (Id.)

4. On February 6, 2023, counsel for Defendants e-mailed counsel for Plaintiff stating ". . . my clients are agreeable to a confidential settlement of $120,000 for a release of all claims.  I will draft a Release and get it to you in the next day or two." (Exhibit 1, p. 1)

1

Counsel for Plaintiff responded that same day, "Thanks, Tom.  Glad we could come to an agreement on this one.  We will review the Release as soon as you send it."  (Id.)

5.  On February 9, 2023, counsel for Defendants sent an e-mail to counsel for Plaintiff attaching a proposed Settlement Agreement and Release ("Agreement").  (Exhibit 2, p. 3)  After minor revisions, the parties agreed on a final version of the Agreement.  (Id., p. 1)  The final version of the Agreement is attached as Exhibit 3.

6.  On March 9, 2023, counsel for Defendants called counsel for Plaintiff inquiring about the status of receiving the signed Agreement.  Counsel for Plaintiff stated Plaintiff was refusing to sign the Agreement.

7.  Based on the foregoing, Defendants respectfully request the court enter an Order of specific performance enforcing the settlement agreement reached by the parties.

WHEREFORE, Defendants respectfully request the court grant their Motion to Enforce Settlement Agreement.

SIMMONS PERRINE MOYER BERGMAN PLC

By _/s/ Thomas D. Wolle_
Thomas D. Wolle  AT0008564
115 3rd St. SE, Suite 1200
Cedar Rapids IA 52401
Telephone: 319-366-7641
Facsimile: 319-366-1917
Email: twolle@simmonsperrine.com

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 28, 2023, I filed the foregoing MOTION with the Clerk of Court using the electronic filing system which will send notification of such filing to the following:

Gabriela Navarro
Andrew W. Bribriesco
2407 18th Street, Suite 200
Bettendorf, IA  52722

And

Ryan A. Winters
Scott & Winters Law Firm, LLC
The Caxton Building
812 Huron Rd. E., Suite 490
Cleveland, OH  44115

ATTORNEYS FOR PLAINTIFF

                  /s/ Thomas D. Wolle