# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| **GRISELDA LOPEZ**, | |
| Plaintiff, | **CASE NO. 3:22-cv-00021** |
| *v.* | |
| **JANE ALDRICH (BEYER)**, **NANCY BEYER (HENDERSON)**, **MARY ALTERMAN (BEYER)**, **DEBRA PELINSKI (BEYER)**, *and* **DAVID BEYER**, *individually, jointly and severally*, | |
| Defendants. | |

In response to Defendants' Motion to Enforce Settlement Agreement (ECF Doc. 43), and the Court's May 25, 2023 Text Order (ECF Doc. 46), Plaintiff's counsel acknowledges that the parties entered into a voluntary mediation with a private mediator, retired Honorable United States District Judge John Jarvey. The first mediation session was held on November 17, 2022, which proved productive but not successful. Following the mediation session, negotiations continued facilitated by Judge Jarvey.

In addition to privileged communications from counsel before, during, and after the mediation session, Plaintiff sought assistance from the [non-party to this litigation] Center for Workers Justice of Eastern Iowa.  On or about February 1,

2023, in consultation with the Center for Workers Justice of Eastern Iowa, Plaintiff provided Plaintiff's counsel with written authorization to resolve the matter. The written authorization included the amount of the gross settlement, as well as a breakdown of the attorney fees, itemized litigation expenses, and the net total amount Plaintiff would receive from the settlement. A demand of settlement consistent with that authority was conveyed to defense counsel by Plaintiff's counsel. On February 6, 2023, defense counsel communicated that his clients were in agreement with resolving the case for the total amount of $120,000.00 for a release of all claims.

Subsequently, counsel exchange drafts of settlement documents consistent with the material terms of the settlement. A memorialized version of the settlement agreement was completed on or about February 13, 2023. To date, Plaintiff has not signed the settlement agreement.

Plaintiff's counsel respectfully requests that this Court conduct a hearing on Defendants' Motion to Enforce Settlement Agreement at which time the parties may appear.

Respectfully submitted,

*s/ Andrew W. Bribriesco*
Andrew W. Bribriesco AT0010666
Gabriela Navarro AT0014136
BRIBRIESCO LAW FIRM, PLLC

2407 18th Street, Suite 200
Bettendorf, Iowa 52722
Phone: 563/359-8266
Fax: 563/359-5010
andrew@bribriescolawfirm.com
gabriela@bribriescolawfirm.com

*and*

*s/ Ryan A. Winters*
Joseph F. Scott (Ohio 0029780)
(Admitted Pro Hac Vice)
Ryan A. Winters (Ohio 0086917)
(Admitted Pro Hac Vice)
Kevin M. McDermott II (Ohio 0090455)
(Admitted Pro Hac Vice)
SCOTT & WINTERS LAW FIRM, LLC
50 Public Square, Suite 1900
Cleveland, OH 44113
P: (216) 912-2221     F: (216) 350-6313
jscott@ohiowagelawyers.com
rwinters@ohiowagelawyers.com
kmcdermott@ohiowagelawyers.com

*ATTORNEYS FOR PLAINTIFF GRISELDA LOPEZ*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

3

*s/ Ryan A. Winters*
Ryan A. Winters (0086917)