IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| **GRISELDA LOPEZ**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JANE ALDRICH (BEYER)**, **NANCY BEYER (HENDERSON)**, **MARY ALTERMAN (BEYER)**, **DEBRA PELINSKI (BEYER)**, *and* **DAVID BEYER**, *individually, jointly and severally*,<br><br>**Defendants.** | No. 3:22-cv-00021<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

All matters in controversy have been settled by and between the parties. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41(b), the parties hereby stipulate to the voluntary dismissal with prejudice of the above-captioned lawsuit, including all claims Plaintiff has asserted against Defendants in the Complaint filed herein, with each party to bear its own costs, expenses and attorneys' fees, except as otherwise provided for by the parties' settlement agreement. The parties request and agree that the Court retain jurisdiction to enforce the parties' settlement agreement.

Respectfully Submitted,

/s/ Andrew W. Bribriesco
Andrew W. Bribriesco AT0010666
Gabriela Navarro AT0014136
BRIBRIESCO LAW FIRM, PLLC
2407 18th Street, Suite 200
Bettendorf, Iowa 52722
Phone: 563/359-8266
Fax: 563/359-5010
andrew@bribriescolawfirm.com
gabriela@bribriescolawfirm.com

and

/s/ Joseph F. Scott
Joseph F. Scott (Ohio 0029780)
(Admitted Pro Hac Vice)
Ryan A. Winters (Ohio 0086917)
(Admitted Pro Hac Vice)
Kevin M. McDermott II (Ohio 0090455)
(Admitted Pro Hac Vice)
SCOTT & WINTERS LAW FIRM, LLC
50 Public Square, Suite 1900
Cleveland, OH 44113
P: (216) 912-2221   F: (216) 350-6313
jscott@ohiowagelawyers.com
rwinters@ohiowagelawyers.com
kmcdermott@ohiowagelawyers.com

ATTORNEYS FOR PLAINTIFF

By /s/ Thomas D. Wolle
Thomas D. Wolle AT0008564
SIMMONS PERRINE MOYER BERGMAN
115 3rd St. SE, Suite 1200
Cedar Rapids IA 52401
Telephone: 319-366-7641
Facsimile: 319-366-1917
Email: twolle@simmonsperrine.com

ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                *s/ Joseph F. Scott*
                                                Joseph F. Scott (Ohio 0029780)